# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | CR  2:25-CR-00434-JLS |
| v. | |
| ARA ARTUNI, akas Ara Harutyunyan, Aro, Araboyi, Arabo, Santos, ALEX AGOPIAN, aka Alik, DAVIT HAZRYAN akas Davo, Dav, D, VAHAGN STEPANYAN, akas Vee, Vova Titov, Juha Alver, Vahan Stephanian, Aso Balvanov, ARVIN ALBERT KAZARYAN, akas Artur, Art, AREG BEZIK, akas Elvis Narek, Narek Bezikian, MANUK MANUKYAN, LEVON ARAKELYAN, and CHRISTIAN SEDANO, aka Bugsee, | **NOTICE TO COURT OF RELATED CRIMINAL CASE** (PURSUANT TO GENERAL ORDER 14-03) |
| DEFENDANT(S) | |

Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to:

United States v. Amiryan, et al., Case No. CR  2:25-cr-00433-SPG , which:

__X__   was previously assigned to the Honorable Judge Garnett;

_____   has not been previously assigned.

The above-entitled cases may be related for the following reasons:

__X__   the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

_____   the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Additional explanation (if any):
The cases involve two warring Armenian Organized Crime groups.

Dated: June 2, 2025

KENNETH R. CARBAJAL
LYNDSI ALLSOP
Assistant United States Attorney