# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, <br> PLAINTIFF <br> v. <br> CHRISTIAN SEDANO, <br> DEFENDANT. | CASE NUMBER <br> 2:25-mj-02952-DUTY <br><br> **ABSTRACT OF COURT PROCEEDING** |
|---|---|

**TO:** UNITED STATES MARSHAL AND/OR WARDEN OF DEFENDANT'S FACILITY OF CONFINEMENT:

You are hereby notified that the Honorable <u>PATRICIA DONAHUE</u>,
☐ United States District Judge  ☒ United States Magistrate Judge, has this date  ☒ ordered  ☐ recommended that the above-named federal prisoner be:

☐ Allowed to make ☐ ____ social ☐ ____ legal telephone call(s) at prisoner's own expense;
  ☐ forthwith     ☐ as soon as possible     ☐ as requested, at suitable times

☐ Allowed social visits     ☐ Dressed in civilian clothing for court appearances

☐ Housed or designated to ☐ MDCLA ☐ Other _____

☒ Provided with a medical examination and/or medical treatment for <u>LIBRIUM (alcohol withdrawal) and ZOLFRAN</u>
A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with a psychiatric/psychological examination. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Provided with dental treatment. A report regarding this examination/treatment is to be submitted to the court on or before_____

☐ Other _____

**THIS DOCUMENT SHALL IMMEDIATELY BE FORWARDED TO THE FACILITY WHERE DEFENDANT IS HOUSED.**

Dated: <u>May 20, 2025</u>

CLERK U.S. DISTRICT COURT
By: <u>Isabel Verduzco</u>
Deputy Clerk

**RETURN TO CLERK'S OFFICE**

☐ Western Division-Los Angeles    ☐ Southern Division-Santa Ana    ☐ Eastern Division-Riverside

This abstract was received on _____

☐ The aforementioned order(s) were or will be complied with on: _____

☐ The aforementioned order(s) were not complied with for the following reasons: _____

_____
_____
_____

| Name (Print) | Title | Signature |

cc: ☒ MDC, ☒ Cell block

CR-53 (10/22)                    ABSTRACT OF COURT PROCEEDING